IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL J. FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 11-01278 |
| | ) | |
| v. | ) | Judge Gary Lancaster |
| | ) | |
| URBAN LEAGUE OF GREATER PITTSBURGH, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 3rd day of August, upon consideraton of the parties' Stipulation of Dismissal with Prejudice [document #28], IT IS HEREBY ORDERED that the stipulation is approved and the above-captioned matter is DISMISSED, WITH PREJUDICE, with each party to bear its own fees and costs.

_____,C.J.